# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**JOSHUA BUFORD**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **2:09CR00423-01**

Jeff Staniels
Defendant's Attorney

**THE DEFENDANT:**
[✔] admitted guilt to violation of charge(s) _2_ as alleged in the violation petition filed on _10/18/12_.
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.
ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 2 | Association With Persons Engaged in Criminal Activity and Convicted of a Felony | 10/1/12 |

The court: [ ] revokes: [ ] modifies: [✔] continues under same conditions of supervision heretofore ordered on _4/8/11_.

The defendant is sentenced as provided in pages 2 through _1_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x] Charge(s) _1_ is/are dismissed.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

11/30/12
Date of Imposition of Sentence

*/s/ Garland E. Burrell, Jr.*
Signature of Judicial Officer

**GARLAND E. BURRELL, JR.**, Senior U. S. District Judge
Name & Title of Judicial Officer

12/18/12
Date